[No. 46077-3-I.   Division One.   April 30, 2001.]

THE STATE OF WASHINGTON, *Respondent* v. NORMAN JOSEPH FORREST, *Appellant*.

Appeal from a judgment of the Superior Court for Island County, No. 99-1-00166-5, Alan R. Hancock, J., entered February 3, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 46224-5-I.   Division One.   April 30, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. HENRY HOWARD HOWSE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-02601-1, Anthony P. Wartnik, J., entered March 6, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 46229-6-I.   Division One.   April 30, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. GREGORY PAUL PELLUM, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-06883-7, Carol A. Schapira, J., entered January 28, 2000. *Affirmed in part, reversed in part* and *remanded* by unpublished per curiam opinion.

[No. 46243-1-I.   Division One.   April 30, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. RUSSELL L. CLARK, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 99-1-00449-6, Steven J. Mura, J., entered February 25, 2000. *Affirmed* by unpublished opinion per Agid, C.J., concurred in by Grosse and Kennedy, JJ.